OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

UNITED STATES POSTAGE
PITNEY BOWES
02 1R            $ 00.26⁵
0006557458      MAR 26 2015
MAILED FROM ZIP CODE 78701

3/25/2015

PARRISH, RONALD BUCK    Tr. Ct. No. W03-18933-V (A)    WR-21,686-04

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App. 2010).

Abel Acosta, Clerk

RONALD BUCK PARRISH
DANIEL UNIT - TDC #1181190
938 SOUTH FM 1673
SNYDER, TX 79549